UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                 : Case No.:  12-28613
Jose A. Marrero and Consuelo O Marrero              :
                                                                          : Adv. No.:  _____
                                                                          :
                                                                          : Judge:  Sherwood
                             Debtor (s),                              :
_____ : Chapter:  13

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  John K. Sherwood , United States Bankruptcy Judge.

**Reason for Hearing:**    Certification in Opposition to Certification of Default of Standing Trustee, re: Debtors failure to make plan payments

**Location of Hearing:**    Courtroom No. 3D
US BANKRUPTCY COURT
50 WALNUT STREET, 3RD FL
NEWARK, NJ 07102

**Date and Time:**    September 22, 2016 @ 9:00 am,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔  ARE REQUIRED        _____ ARE NOT REQUIRED

DATED:    August 22, 2016            JAMES J. WALDRON, Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 22 , 20 16 the foregoing notice was served on the following:    Debtor, Debtor's Attorney, Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Jose A. Marrero  
Consuelo O Marrero  
    Debtors

Case No. 12-28613-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2016.  
db/jdb        +Jose A. Marrero,   Consuelo O Marrero,   1271 Glenn Ave,   Union, NJ 07083-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2016 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank National Trust Company as trustee of MASTR 2007-01 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Frances Gambardella    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through Certificates bankruptcynotice@zuckergoldberg.com  
         Frances Gambardella    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage Pass-Through Certificates bankruptcynotice@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage Pass-Through Certificates jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through Certificates jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as attorney in fact jackerman@zuckergoldberg.com  
         Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Scott E. Tanne    on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com, clerk@tannelaw.com  
         Scott E. Tanne    on behalf of Debtor Jose A. Marrero info@tannelaw.com,  clerk@tannelaw.com  
                                                                             TOTAL: 11