Order Filed on December 16,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    JOSE A. MARRERO
    CONSUELO O MARRERO

**Case No.:  12-28613 JKS**

**Hearing Date:  12/8/2016**

## INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOSE A. MARRERO
             CONSUELO O MARRERO

Case No.: 12-28613

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 12/08/2016 on notice to SCOTT E TANNE ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule B & C and a Motion to Approve Settlement by 12/16/16 or the case will be converted to Chapter 7 without further notice or hearings to Debtor and Debtor's attorney.