| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** |
| **Marie-Ann Greenberg, Standing Trustee** |
| **30 TWO BRIDGES ROAD** |
| **SUITE 330** |
| **FAIRFIELD, NJ  07004-1550** |
| **973-227-2840** |
| **Chapter 13 Standing Trustee** |
| IN RE:<br><br>    JOSE A. MARRERO<br>    CONSUELO O MARRERO |

Order Filed on December 16, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:  12-28613 JKS

Hearing Date:  12/8/2016

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 16, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOSE A. MARRERO
CONSUELO O MARRERO

Case No.: 12-28613

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 12/08/2016 on notice to SCOTT E TANNE ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an amended Schedule B & C and a Motion to Approve Settlement by 12/16/16 or the case will be converted to Chapter 7 without further notice or hearings to Debtor and Debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 12-28613-JKS
Jose A. Marrero                                                           Chapter 13
Consuelo O Marrero
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1           Date Rcvd: Dec 16, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db/jdb         +Jose A. Marrero,   Consuelo O Marrero,   1271 Glenn Ave,   Union, NJ 07083-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates bankruptcynotice@zuckergoldberg.com
              Frances Gambardella    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing,
               LLC as attorney in fact jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as trustee of
               MASTR 2007-01 jackerman@zuckergoldberg.com
              Justin Plean    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR
               Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as
               attorney in fact jplean@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com,
               clerk@tannelaw.com
              Scott E. Tanne    on behalf of Debtor Jose A. Marrero info@tannelaw.com,   clerk@tannelaw.com
                                                                                             TOTAL: 12