| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**25 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtors** | Order Filed on January 19, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Jose A. Marrero, and**<br>**Consuelo O. Marrero** | Case No.: 12-28613-JKS<br><br>Adv. No.:<br><br>Hearing Date: 1/12/2017<br><br>Judge: Sherwood |

## ORDER APPROVING SETTLEMENT NUNC PRO TUNC

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: January 19, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor:              Jose A. Marrero and Consuelo O. Marrero
Case No.:            12-28613-JKS
Caption of Order:    Order Approving Settlement

---

Upon consideration of Debtor's motion for an order approving settlement and good cause appearing therefore, it is hereby

**ORDERED** that the settlement of Debtor's personal injury matter be and the same is hereby approved nunc pro tunc; and it is

**FURTHER ORDERED** that the disbursement of the settlement's net proceeds of $8,266.69 directly to Debtor is approved.