| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**SCOTT E. TANNE, ESQ., P.C.**<br>**25 Chatham Road**<br>**Summit, NJ 07901**<br>**(973) 701-1776**<br>**Fax: (973) 701-0111**<br>**Scott E. Tanne, Esq.**<br>**ST2477**<br>**Attorney for the Debtors** | Order Filed on January 19, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Jose A. Marrero, and**<br>**Consuelo O. Marrero** | Case No.:  12-28613-JKS<br><br>Adv. No.:<br><br>Hearing Date: 1/12/2017<br><br>Judge: Sherwood |

## ORDER APPROVING SETTLEMENT NUNC PRO TUNC

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: January 19, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**

| | |
|---|---|
| Debtor: | Jose A. Marrero and Consuelo O. Marrero |
| Case No.: | 12-28613-JKS |
| Caption of Order: | Order Approving Settlement |

---

Upon consideration of Debtor's motion for an order approving settlement and good cause appearing therefore, it is hereby

**ORDERED** that the settlement of Debtor's personal injury matter be and the same is hereby approved nunc pro tunc; and it is

**FURTHER ORDERED** that the disbursement of the settlement's net proceeds of $8,266.69 directly to Debtor is approved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jose A. Marrero  
Consuelo O Marrero  
    Debtors

Case No. 12-28613-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 19, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db/jdb       +Jose A. Marrero,   Consuelo O Marrero,   1271 Glenn Ave,   Union, NJ 07083-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank National Trust Company as trustee of MASTR 2007-01 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Frances  Gambardella    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
      Frances  Gambardella    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
      Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
      Joel A. Ackerman    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage Pass-Through Certificates jackerman@zuckergoldberg.com
      Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through Certificates jackerman@zuckergoldberg.com
      Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as attorney in fact jackerman@zuckergoldberg.com
      Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
      Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as attorney in fact jplean@rasflaw.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Scott E. Tanne    on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com, clerk@tannelaw.com
      Scott E. Tanne    on behalf of Debtor Jose A. Marrero info@tannelaw.com,  clerk@tannelaw.com
      TOTAL: 12