Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12−28613−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose A. Marrero
1271 Glenn Ave
Union, NJ 07083

Consuelo O Marrero
1271 Glenn Ave
Union, NJ 07083

Social Security No.:
xxx−xx−2491                    xxx−xx−6979

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       3/9/17
Time:       11:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott Tanne, Esq.

COMMISSION OR FEES
$1500.00

EXPENSES
$27.61

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: February 8, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 12-28613-JKS
Jose A. Marrero                                                             Chapter 13
Consuelo O Marrero
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 4            Date Rcvd: Feb 08, 2017
                             Form ID: 137           Total Noticed: 80

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
```
db/jdb         +Jose A. Marrero,    Consuelo O Marrero,    1271 Glenn Ave,    Union, NJ 07083-5225
cr             +Atlanta Postal Credit Union,    Albert F. Nasuti,    Thompson, O'Brien,Kemp et al,
                 4845 Jimmy Carter Blvd.,    Norcross, GA 30093-3641
sp             +Richard J. Camera,    1279 rOUTE 300,    P.O.B. 1111,    Newburgh, NY 12551-1111
513789796      +ATLANTA POSTAL CREDIT UNION,    40 TECHNOLOGY PKWY SOUTH,    SUITE 300,
                 NORCROSS, GEORGIA 30092-2924
513283573      +ATLANTA POSTAL CREDIT UNION,    Thompson, O'Brien, Kemp & Nasuti,    40 TECHNOLOGY PKWY SOUTH,
                 SUITE 300,    NORCROSS, GEORGIA 30092-2924
513235825      +Allied Credit/Alliance One,    6565 Kimball Dr,    Gig Harbor, WA 98335-1206
513235824      +Allied Credit/Alliance One,    Attn: Bankruptcy,    Po Box 2449,    Gig Harbor, WA 98335-4449
513235826      +American Water Company,    NJ AWC/ Raritan,    PO BOX 371476,    Pittsburgh, PA 15250-7476
513235829      +Atlanta Post,    3900 Crown Road,    Atlanta, GA 30380-0001
513235827      +Atlanta Post,    Attn: Gayle,    3900 Crown Rd.,    Atlanta, GA 30380-0001
513235832      +Atlanta Post fcu,    Attn: Gayle,    3900 Crown Rd.,    Atlanta, GA 30380-0001
514351175      +Atlanta Postal Credit Union,    501 Pulliam St. SW,    Ste. 350,    Atlanta, GA 30312-2750
513235834     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Capital One, N.a.,    Po Box 85520,    Richmond, VA 23285)
513495678      +CAPITAL ONE BANK (USA), N.A.,    Po Box 12907,    Norfolk VA 23541-0907
513235837     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
513498624       Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513235833      +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
513235835      +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
513235839      +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
513285865      +Costco,    1055 Hudson Street,    Union, NJ 07083-6809
516260712       Deutsche Bank National Trust Company,    c/o Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    West Palm Beach, FL 33416-4605
513235841      +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
513235842      +Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
513285869      +Elizabethtown Gas,    PO BOX 4569,    Location 6250,    Atlanta, GA 30302-4569
513235843      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
513235844      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
513235846      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
513235845      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
513441618      +GMAC Mortgage LLC as servicer for Deutsche Bank Na,    c/o Zucker Goldberg & Ackerman,
                 200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315
513235847      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
513235849      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513235852      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513235861      +Midland Funding LLC,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
513285873       Northampton County District Attorney,    Bad Check Restitution Program,    PO BOX 1150,
                 Easton, PA 18044-1150
513285870       Northfield Surgical Center,    741 Northfield Ave,    Suite 102,    West Orange, NJ 07052-1104
513285867      +Orthopedic Specialists of NJ,    87 Summit Ave,    Hackensack, NJ 07601-1262
513235864      +Overlook Hospital,    c/o Celentano, Stadtmauer & Walentowicz.,    1035 Route 46 East,
                 Clifton, NJ 07013-2468
513246677      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
513235867      +PSE&G,    PO BOX 14444,    New Brunswick, NJ 08906-4444
513235865      +Pnc Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
513235866      +Pnc Mortgage,    6 N Main St,    Dayton, OH 45402-1908
513235869     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of NJ Division of Taxation,    PO BOX 187,
                 Trenton, NJ 08695-0187)
513285863      +Shop Rite,    2661 Morris Ave,    Union, NJ 07083-5656
513285866       St Barnabas Medical Center,    C/o Celentano, Stadtmauer et al,    PO BOX 2594,
                 Clifton, NJ 07015-2594
513285872      +Township of Union,    Office of the Tax Collector,    1976 Morris Ave,    Union, NJ 07083-3597
513235871      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
513298120      +US Postal Service,    AllianceOne Receivables Mmgt., Inc.,    POB 2449,
                 Gig Harbor, WA 98335-4449
513235873      +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
513235872      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                 Greenville, TX 75403-5609
513285868      +Verizon Wireless,    PO BOX 4003,    Acworth, GA 30101-9004
513235874      +Vzw Ne,    Attention: Verizon Wireless Department,    Po Box 3397,    Bloomington, IL 61702-3397
513235875      +Vzw Ne,    2000 Corporate Dr,    Orangeburg, NY 10962-2634
513285864      +Westgate Resort,    Town Center,    2770 Old Lake Wilson Road,    Kissimmee, Fl 34747-1801
513235876     #+Zucker Goldberg & Ackerman,    Attorneys at Law,    200 Sheffield Street - Suite 301,
                 PO BOX 1024,    Mountainside, NJ 07092-0024
```

```
District/off: 0312-2          User: admin              Page 2 of 4              Date Rcvd: Feb 08, 2017
                              Form ID: 137             Total Noticed: 80

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2017 23:38:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2017 23:38:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/PDF: rmscedi@recoverycorp.com Feb 08 2017 23:34:28      Recovery Management Systems Corp,
                 25 SE 2nd Avenue, Ste 1120,    Miami, FL 33131-1605
513285871       E-mail/Text: EBNProcessing@afni.com Feb 08 2017 23:38:48      Afni Inc,    1310 MLK Drive,
                 PO BOX 3427,    Bloomington, IL 61702-3427
513235822      +E-mail/Text: EBNProcessing@afni.com Feb 08 2017 23:38:48      Afni, Inc.,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
513235823      +E-mail/Text: EBNProcessing@afni.com Feb 08 2017 23:38:48      Afni, Inc.,    Po Box 3427,
                 Bloomington, IL 61702-3427
513507650      +E-mail/Text: EBNProcessing@afni.com Feb 08 2017 23:38:48      Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
513383227       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2017 23:41:29
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
513276609       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2017 23:42:10
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
513519971       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 08 2017 23:34:12
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
514394408       E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2017 23:34:42      GE Capital Retail Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
513235855      +E-mail/Text: cio.bncmail@irs.gov Feb 08 2017 23:38:07      Internal Revenue Service,
                 PO BOX 7346,    Philadelphia, PA 19101-7346
513235859      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 08 2017 23:37:57      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
513235860      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 08 2017 23:38:34      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513860082      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2017 23:42:10      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457,    Midland Funding LLC 77210-4457
513860081       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2017 23:41:51      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
513512597      +E-mail/Text: bknotice@ncmllc.com Feb 08 2017 23:38:51      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
513361959      +E-mail/Text: csc.bankruptcy@amwater.com Feb 08 2017 23:39:34      New Jersey American Water,
                 POB 578,    Alton, IL 62002-0578
513681324       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2017 23:41:30
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
513526971       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2017 23:53:47
                 Portfolio Recovery Associates, LLC,    c/o Capital One, Na,    POB 41067,    Norfolk VA 23541
513490372       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2017 23:53:47
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    PO Box 41067,    Norfolk VA 23541
513881954      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2017 23:41:30
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541,
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513881953      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2017 00:03:19
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513271494      +E-mail/Text: bankruptcy@pseg.com Feb 08 2017 23:37:46      PSEG,    PO BOX 490,
                 Cranford, NJ 07016,    Att:Bankruptcy Dept 07016-0490
513235868      +E-mail/Text: bankruptcy@pseg.com Feb 08 2017 23:37:46      Public Service Electric & Gas,
                 Credit & Collection Center,    PO BOX 490,    Cranford, NJ 07016-0490
513235870      +E-mail/Text: bankruptcy@td.com Feb 08 2017 23:38:41      TD Bank,    PO Box 4700,
                 Lewiston, ME 04243-4700
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513235830*     +Atlanta Post,    3900 Crown Road,    Atlanta, GA 30380-0001
513235831*     +Atlanta Post,    3900 Crown Road,    Atlanta, GA 30380-0001
513235828*     +Atlanta Post,    Attn: Gayle,    3900 Crown Rd.,    Atlanta, GA 30380-0001
513235838*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                 Po Box 20363,    Kansas City, MO 64195)
513235836*     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
513235840*     +Citibank Usa,    Po Box 6497,    Sioux Falls, SD 57117-6497
513235848*     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
513235853*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513235854*     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
513235850*     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
```

```
District/off: 0312-2          User: admin                Page 3 of 4              Date Rcvd: Feb 08, 2017
                              Form ID: 137               Total Noticed: 80


            ***** BYPASSED RECIPIENTS (continued) *****
513235851*     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
513235856*     +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
513235857*     +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
513235858*     +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
513235863*     +Montclair Postal Ecu,    1140 Bloomfield Ave., Ste. 213 West,    Caldwell, NJ 07006-7126
513285874*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of NJ Division of Taxation,   PO BOX 187,   Trenton NJ 08695)
513350722*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
513235862     ##+Montclair Postal Ecu,    1140 Bloomfield Ave., Ste. 213 West,    Caldwell, NJ 07006-7126
513510568     ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                       TOTALS: 0, * 17, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Frances  Gambardella    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
              Frances  Gambardella    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing,
               LLC as attorney in fact jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as trustee of
               MASTR 2007-01 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates jackerman@zuckergoldberg.com
              Justin  Plean    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR
               Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as
               attorney in fact jplean@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Jose A. Marrero info@tannelaw.com,   clerk@tannelaw.com
```

```
District/off: 0312-2          User: admin                Page 4 of 4           Date Rcvd: Feb 08, 2017
                              Form ID: 137               Total Noticed: 80
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Scott E. Tanne    on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com, clerk@tannelaw.com

                                                                         TOTAL: 12