UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCOTT E. TANNE, ESQ., P.C.
25 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor(s)

Order Filed on March 13, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jose A. Marrero, and
Consuelo O. Marrero

| | |
|---|---|
| Case No.: | 12-28613-JKS |
| Chapter: | 13 |
| Judge: | Sherwood |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 13, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne_____, the applicant, is allowed a fee of $ _____1,500.00_____ for services rendered and expenses in the amount of $_____27.61_____ for a total of $_____1,527.61_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 12-28613-JKS
Jose A. Marrero                                                                 Chapter 13
Consuelo O Marrero
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Mar 13, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2017.
db/jdb        +Jose A. Marrero,    Consuelo O Marrero,    1271 Glenn Ave,    Union, NJ 07083-5225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Frances Gambardella    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates bankruptcynotice@zuckergoldberg.com
              Frances Gambardella    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC Mortgage LLC as servicer for Deutsche Bank
               National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
               Pass-Through Certificates jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
               National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
               Certificates jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing,
               LLC as attorney in fact jackerman@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    Deutsche Bank National Trust Company as trustee of
               MASTR 2007-01 jackerman@zuckergoldberg.com
              Justin Plean    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for MASTR
               Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as
               attorney in fact jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com,
               clerk@tannelaw.com
              Scott E. Tanne    on behalf of Debtor Jose A. Marrero info@tannelaw.com,  clerk@tannelaw.com
                                                                                            TOTAL: 12