| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jose A. Marrero** | Social Security number or ITIN   xxx–xx–2491 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Consuelo O Marrero** | Social Security number or ITIN   xxx–xx–6979 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   12–28613–JKS | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose A. Marrero                    Consuelo O Marrero

12/14/17                          **By the court:** John K. Sherwood
                                          United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 12-28613-JKS
Jose A. Marrero                                                     Chapter 13
Consuelo O Marrero
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Dec 14, 2017
                             Form ID: 3180W        Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db/jdb        +Jose A. Marrero,   Consuelo O Marrero,   1271 Glenn Ave,   Union, NJ 07083-5225
cr            +Atlanta Postal Credit Union,   Albert F. Nasuti,   Thompson, O'Brien,Kemp et al,
               4845 Jimmy Carter Blvd.,   Norcross, GA 30093-3641
cr            +Deutsche Bank National Trust Company,   Robertson, Anschutz & Schneid,
               6409 Congressa Ave, Suite 100,   Boca Raton, FL 33487-2853
sp            +Richard J. Camera,   1279 rOUTE 300,   P.O.B. 1111,   Newburgh, NY 12551-1111
513283573     +ATLANTA POSTAL CREDIT UNION,   Thompson, O'Brien, Kemp & Nasuti,   40 TECHNOLOGY PKWY SOUTH,
               SUITE 300,   NORCROSS, GEORGIA 30092-2924
513789796     +ATLANTA POSTAL CREDIT UNION,   40 TECHNOLOGY PKWY SOUTH,   SUITE 300,
               NORCROSS, GEORGIA 30092-2924
517091789     +Allianceone Receivables Management,   PO Box 2449,   Gig Harbor, WA 98335-4449
513235824     +Allied Credit/Alliance One,   Attn: Bankruptcy,   Po Box 2449,   Gig Harbor, WA 98335-4449
513235825     +Allied Credit/Alliance One,   6565 Kimball Dr,   Gig Harbor, WA 98335-1206
513235826     +American Water Company,   NJ AWC/ Raritan,   PO BOX 371476,   Pittsburgh, PA 15250-7476
513235829     +Atlanta Post,   3900 Crown Road,   Atlanta, GA 30380-0001
513235827     +Atlanta Post,   Attn: Gayle,   3900 Crown Rd.,   Atlanta, GA 30380-0001
513235832     +Atlanta Post fcu,   Attn: Gayle,   3900 Crown Rd.,   Atlanta, GA 30380-0001
514351175     +Atlanta Postal Credit Union,   501 Pulliam St. SW,   Ste. 350,   Atlanta, GA 30312-2750
513495678     +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
513285865     +Costco,   1055 Hudson Street,   Union, NJ 07083-5809
516260712      Deutsche Bank National Trust Company,   c/o Ocwen Loan Servicing, LLC,
               Attn: Bankruptcy Department,   P.O. BOX 24605,   West Palm Beach, FL 33416-4605
513235841     +Eastern Account System,   Po Box 837,   Newtown, CT 06470-0837
513235842     +Eastern Account System,   75 Glen Rd Ste 110,   Sandy Hook, CT 06482-1175
513285869     +Elizabethtown Gas,   PO BOX 4569,   Location 6250,   Atlanta, GA 30302-4569
513235843     +Equifax,   PO BOX 740241,   Atlanta, GA 30374-0241
513235844     +Experian,   PO BOX 9701,   Allen, TX 75013-9701
513235846     +Financial Recoveries,   200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
513235845     +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
513441618     +GMAC Mortgage LLC as servicer for Deutsche Bank Na,   c/o Zucker Goldberg & Ackerman,
               200 Sheffied Street, Suite 301,   Mountainside, NJ 07092-2315
513235847     +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
513235861     +Midland Funding LLC,   c/o Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
513285873      Northampton County District Attorney,   Bad Check Restitution Program,   PO BOX 1150,
               Easton, PA 18044-1150
513285870      Northfield Surgical Center,   741 Northfield Ave,   Suite 102,   West Orange, NJ 07052-1104
513285867     +Orthopedic Specialists of NJ,   87 Summit Ave,   Hackensack, NJ 07601-1262
513235864     +Overlook Hospital,   c/o Celentano, Stadtmauer & Walentowicz.,   1035 Route 46 East,
               Clifton, NJ 07013-2468
513246677     +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
513235867     +PSE&G,   PO BOX 14444,   New Brunswick, NJ 08906-4444
513235865     +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
513235866     +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
513235869    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of NJ Division of Taxation,   PO BOX 187,
               Trenton, NJ 08695-0187)
513285863     +Shop Rite,   2661 Morris Ave,   Union, NJ 07083-5656
513285866      St Barnabas Medical Center,   C/o Celentano, Stadtmauer et al,   PO BOX 2594,
               Clifton, NJ 07015-2594
513285872     +Township of Union,   Office of the Tax Collector,   1976 Morris Ave,   Union, NJ 07083-3597
513235871     +Trans Union,   PO BOX 2000,   Chester, PA 19016-2000
517091791      U.S. Dept. of Education,   PO Box 530260,   Payment Center,   Atlanta, GA 30353-0260
513298120     +US Postal Service,   AllianceOne Receivables Mmgt., Inc.,   POB 2449,
               Gig Harbor, WA 98335-4449
513235873     +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
513235872     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,
               Greenville, TX 75403-5609
513285868     +Verizon Wireless,   PO BOX 4003,   Acworth, GA 30101-9004
513235875     +Vzw Ne,   2000 Corporate Dr,   Orangeburg, NY 10962-2634
513285864     +Westgate Resort,   Town Center,   2770 Old Lake Wilson Road,   Kissimmee, Fl 34747-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2017 22:45:14   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2017 22:45:11   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr             EDI: RECOVERYCORP.COM Dec 14 2017 22:28:00   Recovery Management Systems Corp,
               25 SE 2nd Avenue, Ste 1120,   Miami, FL  33131-1605
513285871      EDI: AFNIRECOVERY.COM Dec 14 2017 22:28:00   Afni Inc,   1310 MLK Drive,   PO BOX 3427,
               Bloomington, IL 61702-3427
513235822     +EDI: AFNIRECOVERY.COM Dec 14 2017 22:28:00   Afni, Inc.,   Attn: Bankruptcy,   Po Box 3097,
               Bloomington, IL 61702-3097

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Dec 14, 2017
                               Form ID: 3180W           Total Noticed: 83
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
513235823      +EDI: AFNIRECOVERY.COM Dec 14 2017 22:28:00      Afni, Inc.,   Po Box 3427,
                Bloomington, IL 61702-3427
513507650      +EDI: AFNIRECOVERY.COM Dec 14 2017 22:28:00      Afni, Inc.,   PO Box 3667,
                Bloomington, IL 61702-3667
513383227       EDI: AIS.COM Dec 14 2017 22:28:00      American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
513276609       EDI: AIS.COM Dec 14 2017 22:28:00      American InfoSource LP as agent for,
                Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
513519971       EDI: RESURGENT.COM Dec 14 2017 22:18:00      Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,   Corporation of America Holdings,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
513235834       EDI: CAPITALONE.COM Dec 14 2017 22:23:00      Capital One, N.a.,   Po Box 85520,
                Richmond, VA 23285
513235837       EDI: CITICORP.COM Dec 14 2017 22:23:00      Citibank Usa,
                Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,   Kansas City, MO 64195
513498624       EDI: BL-BECKET.COM Dec 14 2017 22:28:00      Capital One NA,   c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
513235833      +EDI: CAPITALONE.COM Dec 14 2017 22:23:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
                Po Box 30285,   Salt Lake City, UT 84130-0285
513235835      +EDI: CHASE.COM Dec 14 2017 22:28:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
513235839      +EDI: CITICORP.COM Dec 14 2017 22:23:00      Citibank Usa,   Po Box 6497,
                Sioux Falls, SD 57117-6497
514394408       EDI: RMSC.COM Dec 14 2017 22:23:00      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
513235852      +EDI: HFC.COM Dec 14 2017 22:23:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
513235849      +EDI: HFC.COM Dec 14 2017 22:23:00      Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
                Carol Stream, IL 60197-5213
513235855      +EDI: IRS.COM Dec 14 2017 22:23:00      Internal Revenue Service,   PO BOX 7346,
                Philadelphia, PA 19101-7346
513235859      +EDI: CBSKOHLS.COM Dec 14 2017 22:23:00      Kohls/capone,   Po Box 3115,
                Milwaukee, WI 53201-3115
513235860      +EDI: MID8.COM Dec 14 2017 22:28:00      Midland Funding,   8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
513860082      +EDI: AIS.COM Dec 14 2017 22:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
                Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457,   Midland Funding LLC 77210-4457
513860081       EDI: AIS.COM Dec 14 2017 22:28:00      Midland Funding LLC,   by American InfoSource LP as agent,
                Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
513512597      +E-mail/Text: bknotice@ncmllc.com Dec 14 2017 22:45:20      National Capital Management, LLC.,
                8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741
513361959      +E-mail/Text: csc.bankruptcy@amwater.com Dec 14 2017 22:45:53      New Jersey American Water,
                POB 578,   Alton, IL 62002-0578
513681324       EDI: PRA.COM Dec 14 2017 22:23:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk, VA 23541
513526971       EDI: PRA.COM Dec 14 2017 22:23:00      Portfolio Recovery Associates, LLC,   c/o Capital One, Na,
                POB 41067,   Norfolk VA 23541
513490372       EDI: PRA.COM Dec 14 2017 22:23:00      Portfolio Recovery Associates, LLC,   c/o The Home Depot,
                PO Box 41067,   Norfolk VA 23541
513881954      +EDI: PRA.COM Dec 14 2017 22:23:00      PRA Receivables Management, LLC,   POB 41067,
                Norfolk, VA 23541,   PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
513881953      +EDI: PRA.COM Dec 14 2017 22:23:00      PRA Receivables Management, LLC,   POB 41067,
                Norfolk, VA 23541-1067
513271494      +E-mail/Text: bankruptcy@pseg.com Dec 14 2017 22:44:33      PSEG,   PO BOX 490,
                Cranford, NJ 07016,   Att:Bankruptcy Dept 07016-0490
513235868      +E-mail/Text: bankruptcy@pseg.com Dec 14 2017 22:44:33      Public Service Electric & Gas,
                Credit & Collection Center,   PO BOX 490,   Cranford, NJ 07016-0490
513235870       EDI: TDBANKNORTH.COM Dec 14 2017 22:28:00      TD Bank,   Po Box 4700,   Lewiston, ME 04243
513510568       EDI: VERIZONWIRE.COM Dec 14 2017 22:23:00      VERIZON WIRELESS,   PO BOX 3397,
                BLOOMINGTON, IL 61702-3397
513235874      +EDI: VERIZONWIRE.COM Dec 14 2017 22:23:00      Vzw Ne,   Attention: Verizon Wireless Department,
                Po Box 3397,   Bloomington, IL 61702-3397
                                                                                      TOTAL: 36


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
513235830*     +Atlanta Post,   3900 Crown Road,   Atlanta, GA 30380-0001
513235831*     +Atlanta Post,   3900 Crown Road,   Atlanta, GA 30380-0001
513235828*     +Atlanta Post,   Attn: Gayle,   3900 Crown Rd.,   Atlanta, GA 30380-0001
513235838*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,
                Po Box 20363,   Kansas City, MO 64195)
513235836*     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
513235840*     +Citibank Usa,   Po Box 6497,   Sioux Falls, SD 57117-6497
513235848*     +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
513235853*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
513235854*     +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
513235850*     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
513235851*     +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
513235856*     +Internal Revenue Service,   PO BOX 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Dec 14, 2017
                             Form ID: 3180W            Total Noticed: 83

              ***** BYPASSED RECIPIENTS (continued) *****
513235857*     +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
513235858*     +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
513235863*     +Montclair Postal Ecu,    1140 Bloomfield Ave., Ste. 213 West,    Caldwell, NJ 07006-7126
513285874*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of NJ Division of Taxation,    PO BOX 187,    Trenton NJ 08695)
513350722*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
                Division of Taxation,    Po Box 245,    Trenton, NJ 08695-0245)
513235862    ##+Montclair Postal Ecu,    1140 Bloomfield Ave., Ste. 213 West,    Caldwell, NJ 07006-7126
513235876    ##+Zucker Goldberg & Ackerman,    Attorneys at Law,    200 Sheffield Street - Suite 301,
                PO BOX 1024,    Mountainside, NJ 07092-0024
                                                                       TOTALS: 0, * 17, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:

          Denise E. Carlon   on behalf of Creditor   GMAC Mortgage LLC as servicer for Deutsche Bank
          National Trust Company as trustee for MASTR 2007-01 bankruptcynotice@zuckergoldberg.com,
          bkgroup@kmllawgroup.com
          Frances  Gambardella   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for Deutsche
          Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
          Pass-Through Certificates bankruptcynotice@zuckergoldberg.com
          Frances  Gambardella   on behalf of Creditor   GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
          National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
          Certificates bankruptcynotice@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   GMAC MORTGAGE LLC AS SERVICER FOR Deutsche Bank
          National Trust Company as Trustee for MASTR Specialized Loan Trust 2007-01Mortgage Pass-Through
          Certificates jackerman@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for
          MASTR Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing,
          LLC as attorney in fact jackerman@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   Deutsche Bank National Trust Company as trustee of
          MASTR 2007-01 jackerman@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   GMAC Mortgage LLC as servicer for Deutsche Bank
          National Trust Company as trustee of MASTR 2007-01 jackerman@zuckergoldberg.com
          Joel A. Ackerman   on behalf of Creditor   Ocwen Loan Servicing, LLC as servicer for Deutsche
          Bank National Trust Company as Trustee for MASTR Specialized Loan Trust2007-01 Mortgage
          Pass-Through Certificates jackerman@zuckergoldberg.com
          Justin  Plean   on behalf of Creditor   Deutsche Bank National Trust Company as Trustee for MASTR
          Specialized Loan Trust 2007-01 Mortgage Pass-Through Certificates byOcwen Loan Servicing, LLC as
          attorney in fact jplean@rasflaw.com,  bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Miriam  Rosenblatt   on behalf of Creditor   Deutsche Bank National Trust Company
          bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Scott E. Tanne   on behalf of Debtor Jose A. Marrero info@tannelaw.com,  tanne.ecf.email@gmail.com
          Scott E. Tanne   on behalf of Joint Debtor Consuelo O Marrero info@tannelaw.com,
          tanne.ecf.email@gmail.com
                                                                       TOTAL: 13